```
 1  MONA C. SOO HOO
    Attorney at Law
 2  California Bar No. 108859
    One Wilshire Building
 3  624 South Grand Avenue
    Twenty-Second Floor
 4  Los Angeles, California 90017-3323
    Telephone 213.623.5255; Facsimile 213.623.3836
 5  E-address: msoohoo@earthlink.net

 6  Attorney for Defendant NAGATOSHI MORIMOTO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-00496-SI |
|---|---|
| Plaintiff, | ) [No. 3-05-70216-JCS] |
| v. | ) [PROPOSED] ORDER RE: EXONERATION<br>) OF BOND AND RETURN OF PASSPORT |
| NAGATOSHI MORIMOTO, | ) |
| Defendant. | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE FINANCE DEPARTMENT, TO THE UNITED STATES OF AMERICA AND ITS ATTORNEYS, AND TO THE UNITED STATES BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT AND ITS AGENTS:

FOR GOOD CAUSE SHOWN, and, based upon the stipulation of the parties and the surrender of Nagatoshi Morimoto to the custody of the United States Marshal's Service in Los Angeles, California on August 26, 2005,

IT IS HEREBY ORDERED that the cash bond now posted in the amount of $70,000.00 (seventy thousand dollars) to secure the appearance of defendant Nagatoshi Morimoto shall be, and hereby is, exonerated, and that amount of $70,000.00 be returned to the owner of the cash bond.

1    IT IS FURTHER ORDERED that the passport of the defendant
2 Nagatoshi Morimoto (Japan No. TE2679896) be returned forthwith to
3 Mona C. Soo Hoo (the defendant's counsel of record), or to her
4 lawful designee.
5    IT IS SO ORDERED.
6 Dated:
7                                    _____
                                     HONORABLE SUSAN ILLSTON
                                     United States District Court
8
  c:\wp\morimoto\order re bond5h30.wpd
9



2